IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WARDINE F. TAYLOR, JOHN A.
PARKER, and EVELYN G. NAZZRIE,
individually and on behalf of a class of
all others similarly situated,

    Plaintiffs,

vs.

KING & PRINCE SEAFOOD CORP.,
KING & PRINCE SEAFOOD
CORPORATION EMPLOYEE STOCK
OWNERSHIP PLAN (ESOP), ROBERT
P. BRUBAKER, DENNIS J. SULLIVAN,
JOHN L. WILLIAMS, and GUY G. STILL,

    Defendants.

CIVIL ACTION NO. CV205-044

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of W. Bard Brockman, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 17.)

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Northern District of Georgia, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

**SO ORDERED**, this 18th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE